# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Xavier Humberto Lopez-Borrego<br><br>Defendant(s) | CRIMINAL NO. 08mJ8010<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 05831298 |

On order of the United States District/Magistrate Judge,  **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Salvador Pineda-Ramirez

DATED: 1-24-08

RECEIVED _____ DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082